1  McNULTY LAW FIRM
   827 Moraga Drive
2  Bel Air, California 90049
   Tel: 310.471.2707
3  Fax: 310.472.7014
   Peter J. McNulty, Esq. - State Bar No. 89660
4  Brett L. Rosenthal, Esq. - State Bar No. 230154

5  FREIDIN & DOBRINSKY, P.A.
   One Biscayne Boulevard
6  Miami, Florida 33131
   Tel: 305.371.3666
7  Fax: 305.371.6725
   Appearing *Pro Hac Vice*

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 2/6/06*

| | |
|---|---|
| ROBERT ANTHONY, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> YAHOO! INC., a Delaware Corporation, <br><br> Defendant. | CASE NO. C05 04175 RMW <br><br> STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER <br><br> DATE: February 17, 2006 <br> TIME: 10:30 a.m. <br> PLACE: Courtroom 6, 4th Floor <br><br> Honorable Ronald M. Whyte |

Plaintiff, ROBERT ANTHONY, individually and on behalf of all others similarly situated, and YAHOO! INC., a Delaware corporation through their respective counsel, file this Stipulated Request to Continue Case Management Conference until March 10, 2006 and states as follows:

1.   A Case Management Conference is currently scheduled for February 17, 2006 at 10:30 a.m.

2.   Lead counsel for Plaintiff will be traveling from the State of Florida to attend the Case Management Conference and are unavailable to attend on the currently scheduled date.

3. Defendant is available on March 10, 2006 and does not object to a continuance of the Case Management Conference.

4. In fact, Plaintiff has just recently filed his First Amended Complaint.

5. Defendant intends to file its Motion to Dismiss in response to the First Amended Complaint and will notice the Motion for hearing on March 10, 2006.

6. Therefore, Plaintiff and Defendant respectfully request that the Case Management Conference be rescheduled to March 10, 2006.

DATED:   January 25, 2006

MCNULTY LAW FIRM

By: /s/ Peter J. McNulty
  Peter J. McNulty (SBN 89660)
  Attorneys for Plaintiff

FREIDIN & DOBRINSKY, P.A.

By: /s/ Randy Rosenblum
  /s/ Manuel Dobrinsky
  /s/ Philip Freidin
  Randy Rosenblum (FBN 983527)
  Manuel Dobrinsky (FBN 775525)
  Philip Freidin (FBN 118519)
  Attorneys for Plaintiff
  Appearing *Pro Hac Vice*

REED SMITH LLP

By: /s/ Kerry Hopkins
  Kerry Hopkins (SBN 219406)
  Attorneys for Defendant

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/6/06                                    /S/ RONALD M. WHYTE
                                                 HONORABLE RONALD M. WHYTE