1 McNULTY LAW FIRM
827 Moraga Drive
2 Bel Air, California 90049
Tel: 310.471.2707
3 Fax: 310.472.7014
Peter J. McNulty, Esq. - State Bar No.  89660
4 Brett L. Rosenthal, Esq. - State Bar No. 230154

5 FREIDIN & DOBRINSKY, P.A.
One Biscayne Boulevard, Suite 3100
6 2 South Biscayne Boulevard
Miami, Florida 33131
7 Tel: 305.371.3666
Fax: 305.371.6725
8 Randy Rosenblum, Esq. - Florida Bar No. 983527
Manuel Dobrinsky, Esq. - Florida Bar No. 775525
9 Philip Freidin , Esq. – Florida Bar No. 118519
Appearing *Pro Hac Vice*

10

11               UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION
                                          *E-FILED - 3/1/06*
14

15 ROBERT ANTHONY, individually          )   CASE NO. C05 04175 RMW
   and on behalf of others similarly     )
16 situated,                             )   Honorable Ronald M. Whyte
                                         )
17               Plaintiff,              )
                                         )
18 vs.                                   )   STIPULATION TO ATTACH
                                         )   EXHIBITS TO PLAINTIFFS FIRST
19 YAHOO! INC., a Delaware               )   AMENDED COMPLAINT;
   Corporation,                          )   [PROPOSED] ORDER
                                         )
20               Defendant.              )
                                         )
21 ─────────────────────────────────────

22        Plaintiff, ROBERT ANTHONY, individually and on behalf of all others similarly

23 situated, and YAHOO! INC., a Delaware corporation through their respective counsel, file

24 this Stipulated Request to Attach Exhibits to Plaintiffs First Amended Complaint and

25 states as follows:

26        1.   Due to a clerical error, counsel for Plaintiff only recently discovered in

27 preparing their opposition to Defendant Yahoo!'s Motion to Dismiss that the exhibits

28 filed in Plaintiff's original complaint were mistakenly omitted from the First Amended

Complaint.   The documents that were mistakenly omitted are (1) Yahoo! Terms of Service, Yahoo! Personals Additional Terms of Service and Yahoo! Personals Guidelines, which were pled in the First Amended Complaint as being attached as Composite Exhibit "A".  These documents are attached hereto as Exhibit "A".

2. Due to the above-described clerical error and the fact that the above-described exhibits were attached to the original complaint and pled in the First Amended Complaint as being attached as "Composite Exhibit "A"', all parties hereby agree to allow Plaintiff leave to attach the above-described exhibits to the First Amended Complaint by filing a Notice of Errata to attach these exhibits to the First Amended Complaint.

IT IS SO STIPULATED.


DATED:     February 15, 2006          MCNULTY LAW FIRM

                                      By:    /s/ Peter J. McNulty
                                             Peter J. McNulty (SBN 89660)
                                             Attorneys for Plaintiff

                                      FREIDIN & DOBRINSKY, P.A.

                                      By:    /s/ Randy Rosenblum
                                             /s/ Manuel Dobrinsky
                                             /s/ Philip Freidin
                                             Randy Rosenblum (FBN 983527)
                                             Manuel Dobrinsky (FBN 775525)
                                             Philip Freidin (FBN 118519)
                                             Attorneys for Plaintiff
                                             Appearing *Pro Hac Vice*

                                      REED SMITH LLP

                                      By:    /s/ Kerry Hopkins
                                             Kerry Hopkins (SBN 219406)
                                             Attorneys for Defendant

                              ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  3/1/06                         /S/ RONALD M. WHYTE
                                       HONORABLE RONALD M. WHYTE

STIPULATION TO ATTACH EXHIBITS TO PLAINTIFF'S FIRST AMENDED COMPLAINT