1  Michele Floyd (SBN 163031)
   Kirsten J. Daru (SBN 215346)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Attorneys for Defendant
8  Yahoo! Inc.

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA        *E-FILED - 7/6/06*

11 | ROBERT ANTHONY, individually and on    | No.: C05 04175 RMW
   | behalf of others similarly situated,   |
12 |                                        | **STIPULATION AND [PROPOSED]**
   |              Plaintiff,                | **ORDER CONTINUING ADR**
13 |                                        | **COMPLIANCE DATE**
   |      vs.                               |
14 |                                        |
   | YAHOO! INC., a Delaware corporation,   | Honorable Ronald M. Whyte
15 |                                        |
   |              Defendant.                |
16

17

18

19

20

21

22     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through

23  their respective counsel of record, as follows:

24     1.    The Alternative Dispute Resolution ("ADR") compliance deadline for this case is

25  currently set for July 3, 2006;

26     2.    The parties have engaged in a limited informal exchange of information in

27  anticipation of participating the ADR process and have met and conferred regarding the same;

28     3.    Based on the nature of the information exchanged, the parties agree that a short

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

continuance of the July 3, 2006 deadline to afford the parties time to conduct additional discovery in advance of participating in the ADR process would enhance that process;

4. The parties therefore jointly request that the Court continue the July 3, 2006 ADR compliance deadline to Friday, September 29, 2006.

DATED: June 14, 2006.

REED SMITH LLP

By /s/
Michele Floyd
Kirsten Daru
Attorneys for Defendant Yahoo! Inc.

DATED: June 14, 2006.

FREIDIN & DOBRINSKY, P.A

By: /s/
Randy Rosenblum
Attorneys for Plaintiff Robert Anthony

## ORDER

Having considered the stipulation of the parties, it is hereby ORDERED that the ADR compliance deadline is continued from July 3, 2006 until September 29, 2006.

Date: 7/6/06

/s/ Ronald M. Whyte
Judge of the United States District Court

No.: C05 04175 RMW — 2 —

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR COMPLIANCE DATE

DOCSSFO-12442505.1