1  Michele Floyd (SBN 163031)
   Kirsten J. Daru (SBN 215346)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Attorneys for Defendant
8  Yahoo! Inc.

9               UNITED STATES DISTRICT COURT         ***E-FILED 11/8/06***

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 ROBERT ANTHONY, individually and on behalf of others similarly situated, | No.: C05 04175 RMW |
| 12    Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND CONTINUE HEARING ON CLASS CERTIFICATION; [PROPOSED] ORDER** |
| 13 vs. | |
| 14 YAHOO! INC., a Delaware corporation, | |
| 15    Defendant. | Compl. Filed:    October 13, 2005 |
| 16 | Honorable Ronald M. Whyte |

    Plaintiff, ROBERT ANTHONY, individually and on behalf of all others similarly situated, and YAHOO! INC., a Delaware corporation, through their respective counsel, file this Stipulation to Extend Deadline to File Motion for Class Certification and Continue Hearing on Class Certification and state as follows:

    1.    At the Case Management Conference on May 12, 2006, the Court scheduled a hearing on Plaintiff's Motion for Class Certification on November 17, 2006. Accordingly, Plaintiff's Motion for Class Certification and moving papers must be filed by October 13, 2006.

    2.    The parties are in the process of exchanging discovery materials, have scheduled depositions to commence in mid and late October 2006, and have scheduled a mediation in this matter for November 6, 2006. The parties wish to continue the class certification proceedings until

after the scheduled discovery and mediation have been completed.

3. Accordingly, Plaintiff requests that the deadline for him to file his Motion for Class Certification be extended until November 17, 2006 and that the hearing on class certification be rescheduled until mid-December, 2006.

4. Counsel for Defendant does not oppose the requested extensions of time.

IT IS SO STIPULATED.

DATED: October 6, 2006              MCNULTY LAW FIRM

                                    By: /s/ Peter J. McNulty
                                        Peter J. McNulty (SBN 89660)
                                        Attorneys for Plaintiff Robert Anthony

DATED: October 6, 2006              FREIDIN & DOBRINSKY, P.A.

                                    By: /s/ Randy Rosenblum
                                        Randy Rosenblum (FBN 983527)
                                        Manuel Dobrinsky (FBN 775525)
                                        Philip Freidin (FBN 118519)
                                        Attorneys for Plaintiff Robert Anthony
                                        Appearing Pro Hac Vice

DATED: October 6, 2006              REED SMITH LLP

                                    By: /s/ Michele Floyd
                                        Michele Floyd (SBN 163031)
                                        Attorneys for Defendant Yahoo! Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____11/8/06_____     /s/ Ronald M. Whyte
                                 _____
                                 HONORABLE RONALD M. WHYTE

No.: C05 04175 RMW — 3 —

STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

DOCSSFO-12455172.1