McNULTY LAW FIRM
827 Moraga Drive
Bel Air, California 90049
Tel: 310.471.2707
Fax: 310.472.7014
Peter J. McNulty, Esq. - State Bar No. 89660
Brett L. Rosenthal, Esq. - State Bar No. 230154

FREIDIN & DOBRINSKY, P.A.
One Biscayne Boulevard, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305.371.3666
Fax: 305.371.6725
Randy Rosenblum, Esq. - Florida Bar No. 983527
Manuel Dobrinsky, Esq. - Florida Bar No. 775525
Philip Freidin , Esq. – Florida Bar No. 118519
Appearing *Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 12/7/06*

| | |
|---|---|
| ROBERT ANTHONY, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>             Defendant. | CASE NO. C05 04175 RMW<br><br>Honorable Ronald M. Whyte<br><br><br>SECOND STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND CONTINUE HEARING ON CLASS CERTIFICATION; [] ORDER |

Plaintiff, ROBERT ANTHONY, individually and on behalf of all others similarly situated, and YAHOO! INC., a Delaware corporation through their respective counsel, file this Second Stipulation to Extend Deadline to File Motion for Class Certification and Continue Hearing on Class Certification and state as follows:

1. Upon stipulation of the parties, the Court extended the deadline to file a Motion

1  for Class Certification (the "Motion") in this case until November 17, 2006 and
2  continued the hearing on the Motion until December 15, 2006.

3      2. The parties attended mediation in this case on November 6, 2006. The
4  mediator, Judge Infante, made a mediator's proposal to resolve the matter and suggested
5  that the parties agree to a standstill of all activity in this case, including the preparation
6  of the Motion. The parties are still considering the proposal and are due to report back
7  to Judge Infante tomorrow, November 17, 2006.

8      3. Accordingly, to further the parties' mediation and settlement efforts in this
9  matter, Plaintiff requests that the deadline for him to file his Motion for Class
10 Certification be extended until December 15, 2006 and that the hearing on class
11 certification be rescheduled until February 9, 2007.

12     4. Counsel for Defendant does not oppose the requested extensions of time.
13 IT IS SO STIPULATED.

15 DATED:   November 16, 2006       MCNULTY LAW FIRM

16                                        By:   /s/ Peter J. McNulty
17                                             Peter J. McNulty (SBN 89660)
                                            Attorneys for Plaintiff

18                                      FREIDIN & DOBRINSKY, P.A.

19                                      By:   /s/ Randy Rosenblum
20                                            /s/ Manuel Dobrinsky
                                           /s/ Philip Freidin
21                                      Randy Rosenblum (FBN 983527)
                                     Manuel Dobrinsky (FBN 775525)
22                                      Philip Freidin (FBN 118519)
                                     Attorneys for Plaintiff
23                                      Appearing *Pro Hac Vice*

                                   REED SMITH LLP
24
25                                    By:    /s/ Kirsten Daru
                                     Kirsten Daru (SBN 215346)
                                     Attorneys for Defendant

1            [] ORDER

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED: 12/7/06             /s/ Ronald M. Whyte
                                           HONORABLE RONALD M. WHYTE