Michele Floyd (SBN 163031)
Kirsten J. Daru (SBN 215346)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Defendant
Yahoo! Inc.

*E-FILED - 1/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YAHOO! INC., a Delaware corporation,<br><br>Defendant. | No.: C05 04175 RMW<br><br>**STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER**<br><br>Compl. Filed:   October 13, 2005<br><br><u>Accompanying Documents:</u>  Declaration of Hon. Edward A. Infante (Ret.) In Support Of Stipulation to Continue Pre-Trial and Trial Dates<br><br>Honorable Ronald M. Whyte |

      Plaintiff, ROBERT ANTHONY, individually and on behalf of all others similarly situated, and YAHOO! INC., a Delaware corporation, through their respective counsel, file this Stipulation to Continue Pre-Trial and Trial Dates and state as follows:

      1.    At the Case Management Conference on May 12, 2006, the Court set all anticipated pre-trial and trial dates in the above-captioned case. A true and correct copy of the Court's Order in this regard is attached hereto as Exhibit A.

      2.    Since that time, the parties have actively engaged in discovery, taken the depositions of plaintiff as well as several Yahoo! witnesses and have participated in a mediation session with the Honorable Edward A. Infante (Ret.) at JAMS on November 6, 2006.

3.  As set forth in more detail in Judge Infante's Declaration filed herewith, the parties made substantial progress during their November 6, 2006 mediation session and a potential settlement structure was proposed. Since then, the parties have continued their dialogue and have scheduled another mediation session with Judge Infante on January 10, 2007. Judge Infante is hopeful that a settlement can ultimately be reached in this case and agrees that a continuance of the pre-trial and trial dates as proposed herein will further the parties' settlement efforts. Infante Decl. at ¶ 3. Indeed, the continuance will allow the parties to focus more directly on their settlement efforts and will also serve to keep costs (as well as tensions) low as the parties come closer to an agreement. Infante Decl. at ¶ 4. For this reason, the continuance will also help maintain the parties' current spirit of cooperation and negotiation. *Id.*

4.  In addition, trial in this matter is currently set on May 29, 2007, and all pertinent pre-trial dates have been set accordingly. However, Michele Floyd, lead attorney for defendant Yahoo!, Inc., is in her third trimester of pregnancy and due to give birth in early January, 2007. She anticipates taking a six month leave of absence beginning at the end of this month and therefore will not be available for the trial as currently scheduled.

5.  Accordingly, while primarily to advance the parties' settlement efforts, but also to ensure the availability of Yahoo!'s lead counsel at trial, the parties request that the Court continue the pre-trial and trial dates as follows:

| Class certification hearing | February 9, 2007 (as approved per prior stipulation) |
| --- | --- |
| Expert Disclosure (initial) | March 6, 2007 |
| Expert Disclosure (rebuttal) | April 6, 2007 |
| Expert Discovery Cutoff | June 6, 2007 |
| Non-Expert Discovery Cut-off | July 16, 2007 |
| Last Day To File Dispositive Motions | July 20, 2007 |
| | |

| | |
|---|---|
| Last Day To Hear Dispositive Motions | August 31, 2007 |
| Counsel to meet and confer to prepare joint final pretrial statement, proposed order and coordinated submission of trial exhibits and other materials | September 14, 2007 |
| Motions in Limine | September 28, 2007 |
| Filing of joint pretrial conference statement and proposed order | September 28, 2007 |
| Lodging exhibits and other materials; serving and filing briefs on significant disputed issues of law | September 28, 2007 |
| Serving and filing requested voir dire questions, jury instructions and forms of verdict; serving and filing statements designating excerpts of depositions, interrogatory answers and admissions to be offered at trial other than for impeachment or rebuttal | September 28, 2007 |
| Date by which parties objection to receipt in to evidence of any proposed testimony or exhibit must advise and confer with opposing party to resolve such objection | October 15, 2007 |
| Pretrial Conference at 2:00 p.m. ~~a.m./p.m.~~ | ~~To be determined by Court~~ November 29, 2007 |
| Trial Jury ~~(length xxxx days)~~ at 1:30 p.m. ~~a.m./p.m.~~ | December 10, 2007 |

IT IS SO STIPULATED.

DATED:    December 5, 2006          MCNULTY LAW FIRM


By:  /s/ Peter J. McNulty
    Peter J. McNulty (SBN 89660)
    Attorneys for Plaintiff Robert Anthony

```
 1   DATED:     December 5, 2006          FREIDIN & DOBRINSKY, P.A.

 2                                        By:   /s/ Randy Rosenblum
                                                Randy Rosenblum (FBN 983527)
 3                                              Manuel Dobrinsky (FBN 775525)
                                                Philip Freidin (FBN 118519)
 4                                              Attorneys for Plaintiff Robert Anthony
                                                Appearing Pro Hac Vice
 5

 6   DATED:     December 5, 2006          REED SMITH LLP

 7                                        By:   /s/ Kirsten J. Daru
                                                Kirsten J. Daru (SBN 215346)
 8                                              Attorneys for Defendant Yahoo! Inc.
```

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: 1/18/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE