1  Michele Floyd (SBN 163031)
   Kirsten J. Daru (SBN 215346)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Attorneys for Defendant
8  Yahoo! Inc.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA     *E-FILED - 1/18/07*

11  ROBERT ANTHONY, individually and on      No.: C05 04175 RMW
    behalf of others similarly situated,
12                                           **STIPULATION TO EXTEND DEADLINE
                    Plaintiff,               TO FILE OPPOSITION AND REPLY
13                                           PAPERS IN CONNECTION WITH
    vs.                                      PLAINTIFF'S MOTION FOR CLASS
14                                           CERTIFICATION; [PROPOSED] ORDER**
    YAHOO! INC., a Delaware corporation,
15                                           Compl. Filed:    October 13, 2005
                    Defendant.
16                                           Honorable Ronald M. Whyte

17  _____

18

19      Plaintiff, ROBERT ANTHONY, individually and on behalf of all others similarly situated,

20  and YAHOO! INC., a Delaware corporation, through their respective counsel, file this Stipulation to

21  Extend Deadline To File Opposition And Reply Papers In Connection With Plaintiff's Motion For

22  Class Certification state as follows:

23      1.  Plaintiff's motion for class certification was originally scheduled to be heard before

24  this Court on February 9, 2007, making Yahoo!'s opposition papers due on January 19, 2007 and

25  plaintiff's reply due on January 26, 2007.

26      2.  On January 11, 2007, the parties received notice from the Court that the hearing on

27  plaintiff's motion for class certification has been continued from February 9, 2007 to February 16,

28  2007. The notice stats that the briefing schedule for the motion would remain unchanged absent a

1 Court Order.

2  3. Accordingly, Yahoo! requests that the deadlines to file opposition and reply papers in
3 connection with plaintiff's motion for class certification be extended to comport with the new
4 hearing date. Accordingly, Yahoo! requests that the deadline to file its opposition be extended from
5 January 19, 2007 to January 26, 2007, and that the deadline for plaintiff to file his reply papers be
6 extended from January 26, 2007 until February 6, 2007.

7  3. Counsel for plaintiff does not oppose the requested extensions of time.

8 IT IS SO STIPULATED.

10 DATED: January 11, 2007    MCNULTY LAW FIRM

12 By:  /s/ Peter J. McNulty
    Peter J. McNulty (SBN 89660)
13   Attorneys for Plaintiff Robert Anthony

14 DATED: January 11, 2007    FREIDIN & DOBRINSKY, P.A.

15 By:  /s/ Randy Rosenblum
    Randy Rosenblum (FBN 983527)
16   Manuel Dobrinsky (FBN 775525)
    Philip Freidin (FBN 118519)
17   Attorneys for Plaintiff Robert Anthony
    Appearing Pro Hac Vice
18

19 DATED: January 11, 2007    REED SMITH LLP

20 By:  /s/Kirsten J. Daru
    Kirsten J. Daru (SBN 215346)
21   Attorneys for Defendant Yahoo! Inc.

No.: C05 04175 RMW                                        − 2 −

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/18/07

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE